# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL CRUZ RIVEROL,
            Appellant,

vs.

THE STATE OF NEVADA,
            Respondent.

No. 75552

**FILED**

MAY 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a "motion for production of documents, papers, pleadings and tangible property of defendant." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from a district court order granting a "motion for production of documents, papers, pleadings and tangible property of defendant." *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, the district court granted appellant the relief he sought. NRS 177.015 (only an aggrieved party may appeal). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-19287

cc: Hon. Michelle Leavitt, District Judge
Joel Cruz Riverol
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk